UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x

STEPHEN KENT JUSICK, ARIES DE LA CRUZ,
And JUSTIN TAYLOR

                             **Plaintiff,**

    -versus-                                                    07 CV 7683 (RSJ) (JCF)

THE CITY OF NEW YORK, et al.

                             **Defendants.**

------------------------------------------------------------------ x

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Gerald S. Smith hereby appears on behalf of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for Defendant the City of New York effective this date. Please serve a copy of all papers to be served in this matter, by ECF or otherwise, on appearing counsel.

Dated: New York, New York
         November 28, 2007

                                         MICHAEL A. CARDOZO
                                         Corporation Counsel of the City of New York
                                         *Counsel Defendants*

                                         By:          /s/
                                                   Gerald S. Smith
                                                   Assistant Corporation Counsel
                                                  Special Federal Litigation
                                                  100 Church Street
                                                  New York, New York 10007
                                                  212-513-7927(direct)
                                                  212-788-9776 (fax)

cc: All Parties (by ECF)