UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/30/07

*Stephen Kent Jusick, et al*

                       *Plaintiffs,*

-V-

*The City of New York, et al,*

                       *Defendants.*

Case No. 07-CV-7683 (RJS)(JCF)

CONSOLIDATION ORDER
RNC Case

RICHARD J. SULLIVAN, District Judge:

         The above-captioned case is hereby consolidated with 04 cv 7922, *Schiller v. City of New York*, for discovery purposes as related to the protest activity and arrests during the 2004 Republican National Convention and is referred to Magistrate Judge Francis for discovery.

Dated: November **29**, 2007
New York, New York

                                           RICHARD J. SULLIVAN
                                           UNITED STATES DISTRICT JUDGE