UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

STEPHEN KENT JUSICK, ARIES DE LA CRUZ, )
and JUSTIN TAYLOR                        )
                                         )          **PROOF OF SERVICE**
                                         )
                                         )
                    Plaintiffs,          )          **ECF CASE**
                                         )
against-                                 )
                                         )
THE CITY OF NEW YORK; MICHAEL            )
BLOOMBERG, Mayor of the City of New York; )
RAYMOND KELLY, New York City Police      )
Commissioner; STEPHEN HAMMERMAN,         )          **07 Civ. 7683 (RJS)(JCF)**
Former Deputy Commissioner for Legal Matters, )
New York City Police Department; DAVID   )
COHEN, Deputy Commissioner for Intelligence, )
New York City Police Department; THOMAS  )
DOEPFNER, Assistant Deputy Commissioner for )
Legal Matters, New York City Police Department; )
NYPD LIEUTENANT DANIEL ALBANO; NYPD )
DEPUTY INSPECTOR KERRY SWEET, NYPD )
Legal Bureau Executive Officer; NYPD Legal )
Bureau Senior Counsel RUBY MARIN-JORDAN )
NYPD LEGAL BUREAU SUPERVISOR(S) AT )
PIER 57; JOSEPH ESPOSITO, Chief of the New )
York Police Department; THOMAS GRAHAM, )
Commander, Disorder Control Unit, New York City )
Police Department; JACK MCMANUS, Assistant )
Chief, New York City Police Department; BRUCE )
SMOLKA, former Commander, Patrol Borough )
Manhattan South, New York City Police   )
Department; TERENCE MONAHAN, Assistant )
Chief of the Bronx Borough Command; JOHN J. )
COLGAN, Assistant Chief, New York City Police )
Department; JAMES P. O'NEILL, Deputy Chief, )
New York City Police Department; POLICE )
SERGEANT RAYMOND NG, Shield No. 92286; )
POLICE OFFICER ERIC RIVERA, Shield No. )
15811; POLICE OFFICER PAUL PIZZUTA, )
Shield No. 04268; POLICE OFFICER MARK )
ALBERTSEN, Shield No. 04385; JOHN DOES; )
RICHARD ROES; HUDSON RIVER PARK )
TRUST,                                  )

```
                                        )
                    Defendants.          )
-------------------------------------------X
```

STATE OF NEW YORK        )
                         )ss.:
COUNTY OF NEW YORK       )

I, Jessica G. Singer, hereby affirm under the penalties of perjury:

I am not a party to this action, I am over 18 years of age and I am employed at the Law Office of Jeffrey Rothman; 315 Broadway, Suite 200; New York, New York, 10007.

On December 27, 2007, approximately 1:00 p.m., at the 66th Precinct, 5822 16th Avenue, Brooklyn, NY 11218, I served the First Amended Summons and First Amended Complaint upon SERGEANT RAYMOND NG, Shield No. 92286, a defendant therein named, by personally delivering and leaving with him a true copy or copies of the aforementioned documents.

January 4, 2008 _____
                        Jessica G. Singer

STATE OF NEW YORK        )
                         :SS
COUNTY OF NEW YORK       )

On this 4th day of January, 2008, before me personally came Jessica Singer, to me known and known to me to be the individual described in and who executed the foregoing instrument, and s/he acknowledged to me that s/he executed the same.

_____
NOTARY PUBLIC

JEFFREY A. ROTHMAN
NOTARY PUBLIC, STATE OF NEW YORK
NO. 02RO6104562
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES JANUARY 26, 2008