MEMO ENDORSED



MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

Gerald S. Smith
*Senior Counsel*
gsmith@law.nyc.gov
Tel: (212) 513-7927
Fax: (212) 788-9776

January 11, 2008

**_BY FACSIMILE_**

The Honorable James C. Francis IV
United States Magistrate Judge
Daniel Patrick Moynihan
    United States Courthouse
500 Pearl Street - Room 1960
New York, New York 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/17/08
```

      Re:      *Jusick et al. v. City of New York, et al.,* 07 CV 7683 (RJS)(JCF)

Dear Judge Francis:

      Defendants write to request that their time to answer the Complaint in the above-named action be extended to January 24th 2008 for several of the Defendants in this action. On January 9th, 2008, Defendants submitted an answer to Plaintiffs' Complaint on behalf of several of the named Defendants in this matter. There are several Defendants remaining for whom Defense counsel has just been notified of their service and for whom an answer is due at some point between now and January 24th. In the interests of efficiency, and to allow defense counsel sufficient time to meet with these individuals and to evaluate their knowledge of the matter as well as resolve representational issues, Defendants request that they be permitted to file one answer on behalf of all of these individuals by January 24th rather than multiple answers between now and that time. Plaintiffs' counsel has consented to this request. It is the first such request Defendants have made in this matter.

      In addition, defendants request that their time to answer on behalf of Officers Paul Pizzuta and Eric Rivera also be extended to January 24th. Defense counsel only learned of Officer Rivera's service today via plaintiffs' filing of an affidavit of service and was informed today by plaintiffs' counsel that Officer Pizzuta, for whom plaintiffs' counsel has yet to file an affidavit of service, was served on December 4th, 2007. Defendants request this extension with regard to Officers Rivera and Pizzuta in order to allow defense counsel to meet with these individual Officers and to evaluate their knowledge of the matter as well as resolve representational issues. Given that several other Defendants were only recently served and have yet to file answers in this matter, and given that the parties have yet to respond to discovery

requests, Defendants do not feel that Plaintiffs would be prejudiced by the requested extension of time. Plaintiffs' counsel has objected to this particular request.

Respectfully submitted,

*Gerald S. Smith*

Gerald S. Smith

cc: Jeffrey A. Rothman, Esq. (via fax and electronic mail)

1/17/08
Application granted.
SO ORDERED.
James C. Francis IV
USMJ

2