UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -:
MICHAEL SCHILLER, et al.,            :    04 Civ. 7922 (RJS) (JCF)
                                     :         *LEAD CASE*
                Plaintiffs,          :
                                     :    DOCKET IN ALL RNC CASES
        - against -                  :
                                     :
THE CITY OF NEW YORK, et al.,        :
                                     :
                Defendants.          :
- - - - - - - - - - - - - - - - - - -:
HACER DINLER, et al.,                :    04 Civ. 7921 (RJS) (JCF)
                                     :
                Plaintiffs,          :
                                     :         O R D E R
        - against -                  :
                                     :
THE CITY OF NEW YORK, et al.,        :
                                     :
                Defendants.          :
- - - - - - - - - - - - - - - - - - -:
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

[Stamp: USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: ___ / DATE FILED: 1/18/08]

Non-Party New York City Chapter of the National Lawyers Guild ("NLG-NYC") having moved to quash defendants' subpoena on the grounds that the information sought is subject to the attorney-client privilege; and NLG-NYC having represented that a preliminary search identified approximately 500 responsive documents, it is hereby ORDERED that NLG-NYC promptly submit these responsive documents to the Court for in camera review.

SO ORDERED.

_____
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

Dated:  New York, New York
        January 18, 2008

Copies mailed this date:

Margaret Ratner Kunstler, Esq.
Deborah Hrbek, Esq.
Hrbek Law LLC
50 Broad Street, Suite 816
New York, New York 10004

Curt P. Beck, Esq.
Special Assistant Corporation Counsel
City of New York Law Department
100 Church Street
New York, NY 10007

**COUNSEL IN ALL RNC RELATED CASES**