**MEMO ENDORSED**



MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

JAMES MIRRO
*Special Assistant Corporation Counsel*
phone (212) 788-8026   fax (212) 788-9776

February 19, 2008

**BY FAX**

The Honorable James C. Francis IV
United States Magistrate Judge
Daniel Patrick Moynihan
   United States Courthouse
500 Pearl Street - Room 1960
New York, New York 10007-1312

*LEAD CASE 04 CIV 7922*
*DOCKET IN ALL RNC CASES*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/21/08

Re: **RNC Consolidated Cases**

Dear Judge Francis:

On February 14, 2008, Your Honor entered an order adjourning the defendants' time to answer "with respect to any case in which the amended complaint actually raises issues that are the subject of objections presented to Judge Sullivan." With respect to such complaints, Your Honor has permitted defendants "until twenty (20) days after Judge Sullivan's order on any appeal of the Order." As defendants noted in their letter to the Court dated February 4, 2008, plaintiffs also have reserved their right to seek relief from Your Honor's order. As a result, defendants will not be in a position to know whether any particular amended complaint will be subject to objections until February 25, 2008 (the date now set for any appeal). Accordingly, defendants now request that the Court permit defendants twenty (20) days (until March 17, 2008) in which to serve answers to any amended complaints as to which no objections are filed. If this meets with Your Honor's approval, would you please "so order" it? Thank you.

Very truly yours,

James Mirro

cc:   RNC Distribution List (by email)

2/20/08
Application granted.
SO ORDERED.
James C. Francis IV
USMJ