

**MEMO ENDORSED**

| MICHAEL A. CARDOZO<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | Gerald S. Smith<br>*Senior Counsel*<br>gsmith@law.nyc.gov<br>Tel: (212) 513-7927<br>Fax: (212) 788-9776 |
|---|---|---|

April 22, 2008



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/24/08

**VIA FACSIMILE**

The Honorable James C. Francis IV
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street - Room 1960
New York, New York 10007-1312

    Re:    *Jusick, et al., v. City of New York, et al.*, 07 CV 7683 (RJS)(JCF)

    Defendants write with regard to Plaintiff's letter dated April 22, 2008. Defendants have consulted with Plaintiff's Counsel regarding a briefing schedule and have agreed upon the following: Defendants' Opposition shall be due Tuesday April 29th, 2008 and Plaintiff's Reply shall be due Monday, May 5th. The parties respectfully request that the Court "So Order" this schedule.

Respectfully submitted,

Gerald S. Smith

cc:    Jeffrey A. Rothman, Esq. (via email)

4/23/08

SO ORDERED.

James C. Francis IV
USMJ