UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -:
STEPHEN JUSICK, et al.,                 : 07 Civ. 7683 (RJS) (JCF)
                                        :
                Plaintiffs,             :    O R D E R
                                        :
        - against -                     :
                                        :
THE CITY OF NEW YORK, et al.,           :
                                        :
                Defendants.             :
- - - - - - - - - - - - - - - - - - - -:
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

    Plaintiff Stephen Kent Jusick having moved by letter dated April 22, 2008 for a protective order barring discovery of his mental health and pharmaceutical records, it is hereby ORDERED that plaintiff's application is denied. The information is relevant to plaintiff's claims of mental and emotional distress, and defendants need not accept the representation that he has testified fully about these issues at deposition.

    SO ORDERED.

*[signature]*
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

Dated:   New York, New York
         May 8, 2008

Copies mailed this date:

Jeffrey A. Rothman, Esq.
315 Broadway, Suite 200
New York, New York 10007

Gerald S. Smith, Esq.
Special Assistant Corporation Counsel
City of New York Law Department
100 Church Street
New York, New York 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/8/08

1