Case 1:07-cv-07683-RJS-JCF   Document 44   Filed 06/03/2008   Page 1 of 2



**MEMO ENDORSED**

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

FRED M. WEILER
*Special Federal Litigation Division*
TEL: 212-788-1817
FAX: 212-788-9776

June 2, 2008

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/3/08

*[handwritten: LEAD CASE 04 CIV 7922 (RJS) (JCF)]*

**BY FAX 212-805-7930**
Honorable James C. Francis IV
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

*[handwritten: DOCKET IN ALL CASES LISTED]*

Re: Coburn et al. v. City of New York et al. (05 CV 7623) (RJS) (JCF)
Phillips et al. v. City of New York et al. (05 CV 7624) (RJS) (JCF)
Sloan et al. v. City of New York et al. (05 CV 7668) (RJS) (JCF)
Galitzer v. City of New York et al. (05 CV 7669) (RJS) (JCF)
Bastidas et al. v. City of New York et al. (05 CV 7670) (RJS) (JCF)
Xu et al. v. City of New York et al. (05 CV 7672) (RJS) (JCF)
Sikelianos v. City of New York et al. (05 CV 7673) (RJS) (JCF)
Drescher v. City of New York et al. (05 CV 7541) (RJS) (JCF)
Manders et al. v. City of New York et al. (07 CV 7752) (RJS) (JCF)
Jusick et al. v. City of New York et al. (07 CV 7683) (RJS) (JCF)
Rigby v. City of New York et al. (07 CV 7751) (RJS) (JCF)

Dear Judge Francis:

    I write in connection with our letter application of May 29, 2008. In that letter, defendants requested until June 13, 2008 to produce certain CCRB files – for officers Cooke, Cordero, Stasi, and Albano – to plaintiffs. Your Honor had ordered these files produced by May 30, 2008.

    Tomorrow, we will be producing the CCRB files for officers Cooke, Cordero, and Stasi to plaintiffs. Despite defendants' best efforts, however, we still need until June 13, 2008 to produce three CCRB files for Lt. Albano. Accordingly, we narrow our May 29, 2008 request for an extension to cover only these three files CCRB files, and respectfully request that the Court allow us until June 13, 2008 to produce them to plaintiffs.

Thank you for your time and consideration.

Respectfully submitted,

Fred M. Weiler (FW 5864)

cc: Jeffrey Rothman, Esq.
*Attorney for Plaintiffs*
315 Broadway, Suite 200
New York, NY 10007

6/3/08

Application granted.
SO ORDERED.

James C. Francis IV
USMJ